## **STATEMENT OF FACTS**

On Saturday, December 14, 2019 at approximately 7:34 p.m., Officer Adams of the Metropolitan Police Department (MPD) Seventh District was on duty alone in her scout car when she was approached by an individual, later identified as Antonio Edwards (Defendant Edwards), at the 7-Eleven store at 4675 South Capitol Street Southwest in Washington, D.C.  Defendant Edwards told Officer Adams that he thought a few individuals were attempting to rob him. Defendant Edwards requested that Officer Adams watch him walk to the bus stop.

As Officer Adams watched Defendant Edwards walk to the bus stop, she noticed that a group of individuals began following Defendant Edwards. Officer Adams got out of her vehicle and approached Defendant Edwards on foot.  Defendant Edwards was in the middle of the street and began trying unsuccessfully to open random car doors, in an apparent attempt to escape the group of individuals following him. Officer Adams then saw Defendant Edwards reach into his back pants pocket and remove a black in color firearm. Defendant Edwards kept the firearm by his leg for a short period of time and then placed the firearm back into his back pocket.

Defendant Edwards then went back toward the police vehicle.  Officer Adams followed him and inquired about the firearm. Defendant Edwards attempted to leave the area, but Officer Adams placed him in handcuffs as Officer Cruz and Officer Turner arrived to assist. As Defendant Edwards was being detained, a firearm was recovered from the ground at his feet. Defendant Edwards was placed under arrest.

The firearm recovered is a Hi Point, model JCP40, .40 caliber firearm with serial number of 7253883.  At the time it was recovered, the firearm was loaded with one (1) round in the chamber and three (3) rounds in the unknown capacity magazine.

A criminal history check of Defendant Edwards revealed that he was previously convicted in the United States District Court for the District of Columbia of one count of Unlawful Possession of a Firearm, docket number 11 CR 197, and is currently on supervised release. In docket number 11 CR 197, the defendant was sentenced to 96 months and would therefore be aware that he had been convicted of an offense punishable by more than one year.

There are no firearms or ammunition manufacturers in the District of Columbia.  Therefore, the firearm and ammunition in this case would have traveled in interstate commerce.

_____
OFFICER MELVIN CRUZ
METROPOLITAN POLICE DEPARTMENT

SWORN AND SUBSCRIBED BEFORE ME ON THE \_\_\_\_\_ DAY OF DECEMBER, 2019.

_____
ROBIN M. MERIWEATHER
U.S. MAGISTRATE JUDGE